UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEDRO NAVA,  ) No. CV 18-1281 JVS (FFM)
)
        Plaintiff, ) ORDER ACCEPTING FINDINGS,
) CONCLUSIONS AND
v. ) RECOMMENDATIONS OF
) UNITED STATES MAGISTRATE JUDGE
NEIL M<sup>C</sup>DOWELL, *et al.*, )
)
        Defendants. )
)

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: May 8, 2019

                                        /s/ James V. Selna
                                       JAMES V. SELNA
                                    United States District Judge