JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO NAVA, | ) | No. CV 18-1281 JVS (FFM) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| NEIL M$^C$DOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.


DATED: May 8, 2019

_____
JAMES V. SELNA
United States District Judge